ABEL ACOSTA, CLERK
CRIMINAL COURT OF APPEALS
OF TEXAS
Post OFFICE 12308
CAPITAL STATION
AUSTIN, TEXAS 78711

74,795-02

4/11/15

RE: Denial of WR-74,795-02

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 17 2015
Abel Acosta, Clerk

Dear Clerk,

You Proceedurally Defaulted my writ and white Canded me as Denial to file Writ of Habeas Corpus.

You have to return my writ and notify me of the Proceedural Default on what is Proceedurally wrong with the Writ in order for me to correct the default.

You have No authority to dismiss except for Proceedural difficencies. So, please return my writ so that I may correct, amend and re file on this illegal sentence.

Thank you for your time.

Respectfully,

Donavan Robins 1450936
MICHAEL UNIT
2664 FM 2054
TENNESSEE COLONY, TEXAS
75886